ROBERT L. MORDECAI, an Infant, etc., Respondent, *v.* DYER PEARL et al., Appellants.

(Argued October 19, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 31, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George L. Rives* for appellants.

*A. J. Simpson* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.

---

MORRIS L. SHILLAK, as Administrator, etc., Appellant, *v.* ALFRED T. WHITE, Respondent.

(Submitted October 19, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 25, 1891, which affirmed a judgment in favor of defendant dismissing the complaint on trial.

*Charles E. Burke* for appellant.

*Thomas S. Moore* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.